**Hazel I. Allington, Plaintiff-Appellant, v. City of Freeport, Defendant-Appellee.**

**Gen. No. 10,735.**

Knight, Haye & Keegan, and Manus & Manus, for appellant; Harold R. Nettles, for appellee. Opinion by JUSTICE DOVE. Not to be published in full. Opinion filed July 21, 1954; released for publication August 5, 1954.